NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN BYTAUTAS,                )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-1321
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
                                  )

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley and Anthony
Rondolino, Judges.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.